**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6696**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TREVOR PLACIDO BENJAMIN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CR-96-217-DKC)

_____

Submitted:  August 5, 1999          Decided:  August 11, 1999

_____

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Trevor Placido Benjamin, Appellant Pro Se.  Jan Paul Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Trevor Placido Benjamin appeals the district court's orders denying his motion to extend the time in which to file a motion pursuant to 28 U.S.C.A. § 2255 (West Supp. 1999), and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Benjamin, No. CR-96-217-DKC (Mar. 17 & Apr. 14, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's orders are marked as "filed" on March 15 & April 13, 1999, respectively, the district court's records show that they were entered on the docket sheet on March 17 & April 14, 1899. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the orders were physically entered on the docket sheet that we take as the effective date of the district court's decisions. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).